**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COSMO ALLEN LEE BYRD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TUOLUMNE COUNTY SHERIFFS, et al.,<br><br>　　　　Defendants. | Case No.: 1:21-cv-00559-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 6) |

　　　　Plaintiff Cosmo Allen Lee Byrd is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On July 19, 2021, the Court screened Plaintiff's complaint, and granted Plaintiff the opportunity to file an amended complaint or notify the Court of his intent to proceed on claim found to be cognizable. (ECF No. 6.) Plaintiff has not filed an amended complaint or otherwise communicated with the Court and the time to do so has expired. Accordingly, within fourteen (14) days from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed for failure to prosecute and failure to comply with a court order. Plaintiff's failure to comply with this order will result a recommendation to dismiss the action.

IT IS SO ORDERED.

Dated: __**August 30, 2021**__　　　　　　　　　　　　/s/ *signature*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1